UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE LYLES,

        Plaintiff,

                                         Case No. 05-CV-70335

vs.                                 HON. GEORGE CARAM STEEH

SHANE JACKSON,

        Defendant.

_____/

<u>ORDER ACCEPTING NOVEMBER 15, 2005 REPORT AND RECOMMENDATION,
AND DENYING DEFENDANT'S JUNE 3, 2005 MOTION TO DISMISS (#9)
AS MOOT</u>

      Plaintiff Willie Lyles, a Michigan prisoner appearing <u>pro se</u>, filed a Complaint on

February 1, 2005 alleging 42 U.S.C. §§ 1983 and 1985 claims against defendant Shane

Jackson as Acting Deputy Warden and Inspector of the Mound Correctional Facility where

plaintiff is incarcerated.  Defendant moved to dismiss the complaint on June 3, 2005 for

lack of factual allegations.  Plaintiff filed a Second Amended Complaint on August 19, 2005,

and defendant filed a motion for summary judgment November 9, 2005.  Magistrate Judge

Paul J. Komives's November 15, 2005 Report and Recommendation recommends that

defendant's earlier June 3, 2005 motion to dismiss be denied as moot because plaintiff's

Second Amended Complaint, containing three pages of factual allegations, was filed as a

matter of right, and supercedes the initial Complaint as a matter of law, citing <u>In re Wireless</u>

<u>Telephone Federal Cost Recovery Fees Litigation</u>, 396 F.3d 922, 928 (8th Cir. 2005).

Defendant has not filed timely objections.  28 U.S.C. § 636 (b)(1)(C).  This court has

reviewed the Report and Recommendation, and agrees that defendant's June 3, 2005 motion to dismiss was rendered moot by plaintiff's filing of a Second Amended Complaint. Accordingly,

The court accepts Magistrate Judge Komives' November 15, 2005 Report and Recommendation.  Defendant's June 3, 2005 motion to dismiss is hereby DENIED as MOOT.

SO ORDERED.


s/George Caram Steeh_____
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated:  December 7, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on December 7, 2005, by electronic and/or ordinary mail.


s/Josephine Chaffee_____
Secretary/Deputy Clerk

2